| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>BRIAN G. ARNOLD (Bar No. 186007)<br>*Brian.Arnold@lewisbrisbois.com*<br>JONATHAN S. PINK (Bar No. 179685)<br>*Jonathan.Pink@lewisbrisbois.com*<br>ESTHER Y. SHIN (Bar No. 324049)<br>*Esther.Shin@lewisbrisbois.com*<br>ROHINI ROY, *Pro Hac Vice Pending*<br>*Rohini.Roy@lewisbrisbois.com*<br>633 West 5th Street, Suite 4000<br>Los Angeles, California 90071<br>Telephone: (213) 250-1800<br>Facsimile: (213) 250-7900 | JEFFER MANGELS BUTLER & MITCHELL LLP<br>STANLEY M. GIBSON<br>(Bar No. 162329)<br>*smg@jmbm.com*<br>GREGORY S. CORDREY<br>(Bar No. 190144)<br>*gcordrey@jmbm.com*<br>ROD S. BERMAN (Bar No. 105444)<br>*rberman@jmbm.com*<br>REMI T. SALTER (Bar No. 316327)<br>*rsalter@jmbm.com*<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-4308<br>Telephone:  (310) 203-8080<br>Facsimile:   (310) 203-0567 |
| Attorneys for Plaintiff<br>HYPER ICE, INC. | Attorneys for Defendant THERAGUN, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THERAGUN, INC., a Delaware corporation,<br><br><br>Defendant. | CASE NO. 8-20-cv-01436<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 6, 2020<br>Current response date: August 27, 2020<br>New response date: September 26, 2020 |

1    Pursuant to Local Rule 8-3, IT IS HEREBY STIPULATED by and between

2   Hyper Ice, Inc. ("Plaintiff") and Theragun, Inc. ("Defendant"), that Defendant shall

3   have a thirty (30) day extension, through and including September 26, 2020, to

4   answer or otherwise respond to the Complaint in the above-entitled action.

5

6   DATED: August 21, 2020      JEFFER MANGELS BUTLER & MITCHELL LLP

7                               By:      */s/ Gregory S. Cordrey*

8                                        Stanley M. Gibson
                                         Rod S. Berman
9                                        Gregory S. Cordrey
                                         Remi T. Salter
10                                       Attorneys for Defendant
11                                       THERAGUN, INC.

12

13

14  DATED: August 21, 2020      LEWIS BRISBOIS BISGAARD  & SMITH LLP

15                              By:      */s/ Brian G. Arnold (with permission)*

16                                       Brian G. Arnold
                                         Jonathan S. Pink
17                                       Esther Y. Shin
18                                       Rohini Roy
                                         Attorneys for Plaintiff
19                                       HYPER ICE, INC.

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

1  **FILER'S ATTESTATION**

2      Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), Gregory S. Cordrey hereby

3  attests that the concurrence in the filing of this document and authorization to file

4  has been obtained from other signatories.

5

6                                    By:   */s/ Gregory S. Cordrey*
                                           Gregory S. Cordrey

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          Case No. 8-20-cv-01436
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 24, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Any other counsel of record will be served by electronic mail.

By: _____ */s/ Lynn Ortiz* _____

Lynn Ortiz

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS