NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stanley M. Gibson (Bar No. 162329)
Gregory S. Cordrey (Bar No. 190144)
Rod S. Berman (Bar No. 105444)
Remi T. Salter (Bar No. 316327)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

ATTORNEY(S) FOR: Defendant Theragun, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYPER ICE, INC.<br><br>Plaintiff(s),<br>v.<br><br>THERAGUN, INC.<br><br>Defendant(s) | CASE NUMBER:<br><br>8-20-cv-01436<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Defendant Theragun, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| HYPER ICE, INC. | Plaintiff |
| THERAGUN, INC. | Defendant |

August 21, 2020
Date

/s/ Gregory S. Cordrey
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Theragun, Inc.